IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANO CHIROPRACTIC WEIGHT LOSS AND NUTRITION CENTERS, INC., <br><br>　　　　Plaintiff <br>　v. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, <br><br>　　　　Defendant | CIVIL DIVISION <br><br> No. 2:21-cv-00524 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wano Chiropractic Weight Loss and Nutrition Centers, Inc. ("Wano Chiropractic") and Defendant State Farm Fire and Casualty Company ("State Farm") hereby stipulate to the dismissal of this matter, without prejudice.

| | |
|---|---|
| /s/George Kontos <br> George Kontos, Esquire <br> Katie Killion, Esquire <br> Kontos, Mengine, Killion, and Hassen <br> 603 Stanwix Street <br> Two Gateway Center, Suite 1228 <br> Pittsburgh, PA  15222 <br> *Counsel for Plaintiff* | /s/Daniel J. Twilla <br> Daniel J. Twilla, Esquire <br> Burns White LLC <br> 48 26th Street <br> Pittsburgh, PA 15222 <br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 8th day of June 2021, the within **STIPULATION** was filed electronically. Notice of this filing will be sent to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Daniel J. Twilla